An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

NO. COA14-813

NORTH CAROLINA COURT OF APPEALS

Filed: 17 February 2015

STATE OF NORTH CAROLINA

v.

TAHJ KIERRE WILSON

Mecklenburg County
Nos. 11CRS247467-68, 247473

Review of judgments entered 3 February 2014 by Judge Robert C. Ervin in Mecklenburg County Superior Court upon grant of Defendant's petition for writ of certiorari. Heard in the Court of Appeals 12 January 2015.

> *Attorney General Roy A. Cooper, III, by Assistant Attorney General Joseph E. Elder, for the State.*
>
> *Gilda C. Rodriguez for Defendant-appellant.*

DILLON, Judge.

A jury found Tahj Kierre Wilson ("Defendant") guilty of robbery with a dangerous weapon ("RWDW"), possession of cocaine, and conspiracy to commit RWDW committed on 20 October 2011. Defendant stipulated to prior convictions resulting in a prior record level III. Despite the jury's finding of two aggravating factors, the trial court sentenced Defendant within the

presumptive range to prison terms of 84 to 110 months for RWDW and 33 to 49 months for the consolidated convictions of conspiracy and cocaine possession.

The trial court's judgments reflect Defendant's entry of notice of appeal. However, because neither oral nor written notice of appeal appears in the record, counsel for Defendant has filed a petition asking this Court to review the judgments by writ of certiorari. In our discretion, we allow the petition for the purpose of considering Defendant's appeal.[1]

---

Counsel appointed to represent Defendant is unable to identify any issue with sufficient merit to support a meaningful argument for relief on appeal and asks that this Court conduct its own review of the record for possible prejudicial error. Counsel shows to the satisfaction of this Court that she has complied with the requirements of *Anders v. California*, 386 U.S. 738, 18 L.Ed. 2d 493 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985), by advising Defendant of his right to file written arguments with this Court and providing him with the documents necessary to do so.

---

[1] Defendant's motion to amend his petition is also allowed.

Defendant has not filed any written arguments on his own behalf with this Court, and a reasonable time for him to do so has expired. In accordance with *Anders*, we have fully examined the record to determine whether any issues of arguable merit appear therefrom. We have been unable to find any possible prejudicial error and conclude that the appeal is wholly frivolous.

NO ERROR.

Judges ELMORE and STEELMAN concur.

Report per Rule 30(e).